LINDA PALERMO *v.* BRIDGEPORT HOSPITAL ET AL.
(10385)

FOTI, LAVERY and FREEDMAN, Js.

Argued December 8, 1992—decision released January 5, 1993

*Linda Palermo,* pro se, the appellant (plaintiff).

*Thomas J. Byrne,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.